general employer, respondent may not have the benefit of both remedies by bringing an action against his special employer (Workmen's Compensation Law, § 11; *Mitchell* v. *Adam Hat Stores,* 279 App. Div. 877, affd. 304 N. Y. 836). Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ DUDLEY J. LEWIS et al., Appellants, v. LEVITT AND SONS, INC., Respondents, et al., Defendant.— On the stipulation of the parties, appeal from judgment, insofar as it is in favor of respondent against appellant, discontinued, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ DUDLEY J. LEWIS et al., Appellants, v. LEVITT AND SONS, INC., Defendant, and THELMER T. TAYLOR, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of a judgment as dismissed the complaint at the close of the plaintiffs' case against respondent. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONIE D. COATES, Appellant.— Appeal from an order of the County Court, Kings County, denying, without a hearing, an application in the nature of a writ of error *coram nobis* to vacate a judgment of conviction rendered by said court on March 31, 1954, sentencing appellant to serve from 2½ to 5 years, after his plea of guilty to an attempted violation of section 1897 of the Penal Law as a felony. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY SIMMONS, Appellant.— Appeal from an order of the County Court, Kings County, denying, after a hearing, an application in the nature of a writ of error *coram nobis* to vacate a judgment rendered by said court on February 1, 1949, which sentenced appellant to serve from 7½ to 15 years after a plea of guilty to robbery in the second degree. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TOMASELLI, Appellant.— Appeal from an order of the County Court, Dutchess County, denying, without a hearing, an application in the nature of a writ of error *coram nobis* to vacate a judgment of conviction rendered by said court on February 15, 1932. After appellant pleaded guilty to forgery in the second degree sentence was suspended, and he was placed on probation for one year. Order unanimously affirmed. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ ALBERT S. STONE et al., Respondents, v. HERMAN RESNIK et al., Appellants, et al., Defendants.— In an action to recover on two promissory notes, the appeal is from an order denying a motion pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice to dismiss the complaint on the ground that respondents had unreasonably neglected to proceed in the action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ ZARA CONTRACTING CO., INC., Appellant, v. LONG ISLAND LIGHTING COMPANY et al., Respondents.— Appeal from an order denying appellant's motion for an order directing respondents to accept service of a proposed amended complaint. Appellants sued to recover, *inter alia,* the reasonable value of work, labor and services performed and materials furnished for the protection of respondents' facilities and equipment, while appellant was engaged in the performance of sewer work for a municipality pursuant to contract.